

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-18-00598-CV

**IN THE MATTER OF J.A.,**

From the County Court, Karnes County, Texas
Trial Court No. 16-05-00005 JVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

     Appellant's third motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before April 3, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court